

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-19-00039-CR & 04-19-00040-CR

Darrell Wayne **MOFFETT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B1779 & B1780
Honorable Rex Emerson, Judge Presiding

# O R D E R

We grant the State's motions to consolidate appeal numbers 04-19-00039-CR and 04-19-00040-CR, and order these appeals are consolidated. *See, e.g.*, *Katzenmaier v. State*, No. 04-18-00173-CR, 2018 WL 2694462, at *1 (Tex. App.—San Antonio June 6, 2018, no pet.) (mem. op.) (per curiam) (consolidating appeals "[i]n the interest of efficient administration of [the] court's docket").

We order the parties to file all future motions, briefs, and other pleadings as if the appeals were one, but to put both appeal numbers in the style of the case. *See* TEX. R. APP. P. 9.4(g) (requiring a filed document's front cover to contain "the case number"). However, the record filed in each appeal will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court